## No. 24628

**Terry F. McKenzie v. The People of the State of Colorado**
(497 P.2d 1262)

Decided June 12, 1972.

Foster and Farina, Terrance Lee Farina, for plaintiff in error.

Duke W. Dunbar, Attorney General, John P. Moore, Deputy, Richard G. McManus, Jr., Assistant, for defendant in error.

*En Banc.*

Per Curiam

Mr. Justice Groves did not participate. Mr. Chief Justice Pringle, Mr. Justice Hodges, and Mr. Justice Kelley are in favor of affirmance; whereas Mr. Justice Day, Mr. Justice Lee, and Mr. Justice Erickson are in favor of reversal. The court being equally divided in opinion, the judgment stands affirmed by operation of law as provided by C.A.R. 35(e).